**Willie D. GREEN, Plaintiff—Appellant,**

v.

**DUKE ENERGY CORPORATION,
a/k/a Duke Energy Company,
Defendant—Appellee.**

No. 04–1533.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 22, 2004.

Decided Oct. 25, 2004.

Willie D. Green, Appellant pro se. John
James Doyle, Jr., Jill Stricklin Cox, Con-
stangy, Brooks & Smith, L.L.C., Winston–
Salem, North Carolina, for Appellee.

Before MICHAEL, SHEDD, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Willie D. Green appeals the district court's order granting the Defendant's motion for summary judgment on Green's employment discrimination lawsuit. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See Green v. Duke Energy Corp.,* No. 1:03CV264, 2004 WL 727036 (M.D.N.C. Mar. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*